# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-227-GMS |
| AT&T SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-132-GMS |
| LINE2, INC., | ) ) ) | |
| Defendant. | ) ) | |
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-133-GMS |
| TANGOME, INC. d/b/a TANGO, | ) ) ) | |
| Defendant. | ) ) ) | |

|  |  |
|---|---|
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 16-134-GMS |
| VIBER MEDIA (USA) INC., | ) ) ) ) |
| Defendant. | ) |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time to file the Joint Status Report and proposed scheduling order is extended until July 27, 2016. The purpose of this extension is to provide time for the parties to come to further agreement on their proposed schedule and narrow the issues in dispute.


*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
*Attorneys for Plaintiff IP Communications Solutions, LLC*

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant AT&T Services, Inc.*

| | |
|---|---|
| */s/ David E. Moore* | */s/ Rodger D. Smith II* |
| David E. Moore (No. 3983) | Rodger D. Smith II (No. 3778) |
| Bindu A. Palapura (No. 5370) | Stephen J. Kraftschik (No. 5623) |
| Stephanie E. O'Byrne (No. 4446) | MORRIS, NICHOLS, ARHST & TUNNELL LLP |
| POTTER ANDERSON & CORROON LLP | 1201 North Market Street |
| Hercules Plaza, 6th Floor | P.O. Box 1347 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6000 | rsmith@mnat.com |
| dmoore@potterandarson.com | rkraftschik@mnat.com |
| bpalapura@potterandarson.com | *Attorneys for Defendants Tangome, Inc. d/b/a Tango and* |
| sobyrne@potterandarson.com | *Viber Media (USA) Inc.* |
| *Attorneys for Defendant Line2, Inc.* | |

SO ORDERED this _____ day of _____, 2016.

_____
United States District Judge