# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IP COMMUNICATIONS SOLUTIONS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **AT&T SERVICES, INC.,** <br><br> Defendant. | Case No. 1:16-CV-00227-GMS <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff IP Communication Solutions, LLC ("IPCS") respectfully requests leave to file an Amended Complaint. Attached hereto as Exhibit 1 is a copy of the Amended Complaint. Attached hereto as Exhibit 2 is a redline copy of the Amended Complaint, showing the amendments in relation to the Original Complaint previously filed in this matter (Dkt. 1). Defendant AT&T Services, Inc. ("AT&T") has consented to the filing of this Amended Complaint.[1]

WHEREFORE, IPCS respectfully requests that the Court grant this consent motion and permit IPCS to file its Amended Complaint.

---

[1] AT&T's consent to the filing of the Amended Complaint is not a concession that the allegations in the Amended Complaint have merit or are sufficiently pled.

DATED:       July 25, 2016                    IP COMMUNICATION SOLUTIONS, LLC

                                                      By:     /s/ *Timothy Devlin*
                                                                  Timothy Devlin (# 4241)
                                                                  Devlin Law Firm LLC
                                                                  1306 N. Broom Street, 1st Floor
                                                                Wilmington, DE 19806
                                                                302-449-9010
                                                                tdevlin@devlinlawfirm.com

                                                                Timothy E. Grochocinski
                                                                Illinois Bar No. 6295055
                                                                Joseph P. Oldaker
                                                               Illinois Bar No. 6295319
                                                               NELSON BUMGARDNER, P.C.
                                                                15020 S. Ravinia Ave., Suite 29
                                                                Orland Park, Illinois 60462
                                                                P. 708-675-1975
                                                                tim@nelbum.com
                                                                joseph@nelbum.com

                                                                *COUNSEL FOR PLAINTIFF*
                                                                *IP COMMUNICATION SOLUTIONS, LLC*

## CERTIFICATE OF CONFERENCE UNDER RULE 7.1

The undersigned attorney hereby certifies that counsel for Plaintiff has conferred with counsel for Defendant and there is no opposition to the relief requested in this motion.

                                                             /s/ *Timothy Devlin*
                                                             Timothy Devlin


SO ORDERED THIS ___ day of July, 2016.

                                                             _____
                                                             U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record on July 25, 2016 via the Court's CM/ECF system.

/s/ *Timothy Devlin*
Timothy Devlin
