**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IP COMMUNICATION SOLUTIONS, LLC,** | Case No. 16-cv-227-GMS |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| **AT&T SERVICES, INC.** | |
| Defendant. | |
| **IP COMMUNICATION SOLUTIONS, LLC**, | Case No. 16-cv-132-GMS |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| **LINE2, INC.,** | |
| Defendant. | |
| **IP COMMUNICATION SOLUTIONS, LLC**, | Case No. 16-cv-133-GMS |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| **TANGOME, INC., d/b/a TANGO,** | |
| Defendant. | |
| **IP COMMUNICATION SOLUTIONS, LLC,** | Case No. 16-cv-134-GMS |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| **VIBER MEDIA (USA), INC.** | |
| Defendant. | |

## [PROPOSED] SCHEDULING ORDER

This _____ day of _____ 20\_\_\_, the Court having reviewed the parties

Joint Status Report and issuing an Oral Order regarding the same, and the parties having

determined after discussion that the matter cannot be resolved at this juncture by settlement,

voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**. Unless otherwise agreed to by the parties, they shall make

their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) within 30 days of the

date of this Order.

2. **Joinder of other Parties and Amendment of Pleadings**.  All motions to join other parties

shall be filed on or before September 15, 2016.  All motions to amend the pleadings shall be filed

on or before March 16, 2017.

3. **Reliance Upon Advice of Counsel**.  Defendant shall inform plaintiffs whether it intends to

rely upon advice of counsel as a defense to willful infringement no later than July 11, 2017.  If

defendant elects to rely on advice of counsel as a defense to willful infringement, defendant shall

produce any such opinions on which defendant intends to rely to plaintiff no later than  July 11,

2017.

4. *Markman* **Claim Construction Hearing**.  A *Markman* claim construction hearing shall be

held on May 25, 2017 at 9:30 a.m. in Courtroom 4A.  The Markman hearing is scheduled for a

total of 3 hours with each side having 1.5 hours. The parties shall meet and confer regarding

narrowing and reducing the number of claim construction issues. On or before February 21,

2017, the parties shall submit a Final Joint Claim Chart which shall include citations to intrinsic

evidence. The plaintiff shall submit to the court, a Joint Appendix of Intrinsic Evidence (the

"Joint Appendix") containing all intrinsic evidence relied upon in the claim construction

briefing. A sample table of contents of the Joint Appendix can be located on this court's website

at www.ded.uscourts.gov. The Joint Appendix shall be filed on the same day as the answering

claim construction briefs. The parties shall file opening claim construction briefs on March 10,

2017, and answering claim construction briefs on April 14, 2017. Briefing will be presented

pursuant to the court's Local Rules.


5. **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or

before August 1, 2017. Opening expert reports on issues on which a party bears the burden of

proof shall be served on or before September 19, 2017. Rebuttal expert reports shall be served

on or before November 15, 2017. Expert Discovery in this case shall be initiated so that it will

be completed on or before December 20, 2017.

     a. **Discovery and Scheduling Matters**: Should counsel find they are unable to resolve a

discovery[1] or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-

6470 to schedule a telephone conference. Not less than forty-eight hours prior to the

teleconference, the parties shall file with the court, via electronic means (CM/ECF), a Joint

Letter Agenda, which is non-argumentative, not to exceed two (2) pages outlining the issue(s) in

---

[1] **Unless the court otherwise orders, should counsel be unable to agree on the discovery of paper and electronic documents, the court's "Default Standard for Discovery, Including Discovery of Electronically Stored Information" ("ESI") shall govern.**

dispute.  A sample letter can be located on this court's website at www.ded.uscourts.gov.  After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference.  Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a TWO PAGE LETTER, exclusive of exhibits, describing the issues in contention.  The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than TWO PAGES.  The party seeking relief may then file a reply letter of no more than TWO PAGES within three (3) days from the date of service of the answering letter.

6. **Confidential Information and Papers filed under Seal**. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 5(a).**

7. **Settlement Conference**.  Pursuant to paragraph 11 of the Joint Status Report, this case will not be referred to a Magistrate Judge for exploring ADR.

8. **Summary Judgment Motions**. Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion.  The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than January 23, 2018. Answering letter briefs shall be no longer than five (5) pages and filed with the court no later than February 2, 2018.  Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before February 8, 2018.  If the Court determines that argument is necessary to assist in the resolution of any request to file summary judgment, it shall notify the parties of the date and time on which the Court will conduct a telephone conference to hear such argument. **Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 8**.

9. **Case Dispositive Motions**: To the extent permitted, all case or issue dispositive motions shall be served and filed within two weeks of the Court's decision to permit the filing of such motions. Briefing will be presented pursuant to the Court's Local Rules.  The parties may agree on an alternative briefing schedule.  Any such agreement shall be in writing and filed with the Court for the Court's approval.  Any request for extensions of time as set forth in this Scheduling Order must be accompanied by an explanation or your request will be denied.

10. **Applications by Motion**. Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF).  Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers.  Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

11. **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to District of Delaware Local Rule 7.1.4.

12. **Pretrial Conference**. On <u>May 21, 2018</u>, beginning at 9:30 a.m. in Courtroom 4A, the Court will hold a Pretrial Conference, in Chambers for Jury trials and via telephone for Bench trials, with counsel.  Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3).  A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft.  Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft, as well as the information defendant proposes to include in the proposed pretrial order.  The issue of separate trials will be discussed at the Final Pretrial Conference.

13. **Motions *in limine***: **NO MOTIONS *IN LIMINE* SHALL BE FILED**; instead, the parties shall be prepared to address their evidentiary issues at the Pretrial Conference and during trial (before and after the trial day).  The parties shall file with the court the joint Proposed Final Pretrial Order in accordance with the terms and with the information required by the form of Final Pretrial Order, which can be located on this court's website at www.ded.uscourts.gov on or before <u>May 7, 2018</u>.

7

14. **Trial**. The first trial in this matter is scheduled for a <u>7</u> day <u>JURY</u> trial beginning at 9:30 a.m. in Courtroom 4A on <u>June 11, 2018</u>.


15. **Scheduling**: The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**PROPOSED DEADLINES**

| Event | Deadline |
|---|---|
| Protective Order | Within 10 days of the date of entry of the Scheduling Order |
| Rule 26(a) Initial Disclosures | Within 30 days of the date of entry of the Scheduling Order |
| Submission Of Proposed ESI Order | September 9, 2016 |
| Delaware Default Standard ¶ 3 Disclosures (disclosure of custodians and third party discovery) | To be addressed in proposed ESI order |
| Delaware Default Standard ¶ 4(a) Disclosure (identify accused products) | September 9, 2016 |
| Joinder Of Other Parties | September 15, 2016 |
| Delaware Default Standard ¶ 4(b) Disclosure (production of core technical docs related to accused products) | October 7, 2016 |
| Delaware Default Standard ¶ 4(c) Disclosure (infringement contentions) | October 21, 2016 |
| Delaware Default Standard ¶ 4(d) Disclosure (invalidity contentions) | December 13, 2016 |
| Exchange Proposed Terms For Construction | January 13, 2017 |
| Exchange Proposed Constructions | February 7, 2017 |
| Final Joint Claim Chart | February 21, 2017 |
| Document Production Substantially Complete | February 28, 2017 |
| Simultaneous Opening *Markman* Briefs | March 10, 2017 |
| Motions To Amend Pleadings | March 16, 2017 |
| Simultaneous Answering *Markman* Briefs | April 14, 2017 |
| *Markman* Hearing | May 25, 2017 |
| Defendants to Inform Plaintiff as to Advice of Counsel Defense and Produce Any Opinions Relied on for Advice of Counsel Defense | July 11, 2017 |
| Close of Fact Discovery | August 1, 2017 |

| Opening Expert Reports | September 19, 2017 |
|---|---|
| Rebuttal Expert Reports | November 15, 2017 |
| Close Of Expert Discovery | December 20, 2017 |
| Letter Requests For Summary Judgment | January 23, 2018 |
| Answering Letter Brief Regarding Summary Judgment | February 2, 2018 |
| Reply Letter Brief Regarding Summary Judgment | February 8, 2018 |
| Pretrial Order | May 7, 2018 |
| Pretrial Conference | May 21, 2018 |
| First Trial | June 11, 2018 |