IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-227-GMS |
| AT&T SERVICES, INC., | ) ) | |
| Defendant. | ) ) | |
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-132-GMS |
| LINE2, INC., | ) ) | |
| Defendant. | ) ) | |
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-133-GMS |
| TANGOME, INC. d/b/a TANGO, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-134-GMS |
| VIBER MEDIA (USA) INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time to file a proposed form of protective order in the above-captioned cases is extended until September 29, 2016. The purpose of this extension is to provide time for the parties to come to further agreement on their proposed form of protective order, narrow the issues in dispute, and raise any remaining disputes with the Court.

| | |
|---|---|
| */s/ Timothy Devlin* | */s/ Andrew E. Russell* |
| Timothy Devlin (No. 4241) | John W. Shaw (No. 3362) |
| DEVLIN LAW FIRM LLC | Andrew E. Russell (No. 5382) |
| 1306 N. Broom Street, 1st Floor | SHAW KELLER LLP |
| Wilmington, DE 19806 | 300 Delaware Avenue, Suite 1120 |
| (302) 449-9010 | Wilmington, DE 19801 |
| tdevlin@devlinlawfirm.com | (302) 298-0700 |
| *Attorneys for Plaintiff IP Communications Solutions, LLC* | jshaw@shawkeller.com |
| | arussell@shawkeller.com |
| | *Attorneys for Defendant AT&T Services, Inc.* |

| | |
|---|---|
| */s/ Stephanie E. O'Byrne* | */s/ Rodger D. Smith II* |
| David E. Moore (No. 3983) | Rodger D. Smith II (No. 3778) |
| Bindu A. Palapura (No. 5370) | Stephen J. Kraftschik (No. 5623) |
| Stephanie E. O'Byrne (No. 4446) | MORRIS, NICHOLS, ARHST & TUNNELL LLP |
| POTTER ANDERSON & CORROON LLP | 1201 North Market Street |
| Hercules Plaza, 6th Floor | P.O. Box 1347 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6000 | rsmith@mnat.com |
| dmoore@potterandarson.com | rkraftschik@mnat.com |
| bpalapura@potterandarson.com | *Attorneys for Defendants Tangome, Inc. d/b/a* |
| sobyrne@potterandarson.com | *Tango and Viber Media (USA) Inc.* |
| *Attorneys for Defendant Line2, Inc.* | |

Dated: September 22, 2016

SO ORDERED this _____ day of_____, 2016.

_____
United States District Judge