IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IP COMMUNICATIONS SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-227-GMS |
| AT&T SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

**<u>STIPULATION OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED that all claims against Defendant AT&T Services, Inc. in the above captioned action are hereby dismissed with prejudice, and all claims against Plaintiff IP Communication Solutions, LLC ("IPCS") in the above captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ Timothy Devlin* | */s/ Andrew E. Russell* |
| Timothy Devlin (No. 4241) | John W. Shaw (No. 3362) |
| DEVLIN LAW FIRM LLC | Jeffrey T. Castellano (No. 4837) |
| 1308 N. Broom Street, 1st Floor | Andrew E. Russell (No. 5382) |
| Wilmington, DE 19806 | SHAW KELLER LLP |
| (302) 449-9010 | 300 Delaware Avenue, Suite 1120 |
| tdevlin@devlinlawfirm.com | Wilmington, DE 19801 |
| *Attorney for Plaintiff* | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | jcastellano@shawkeller.com |
| | arussell@shawkeller.com |
| Dated: December 28, 2016 | *Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 201_.

                                                               _____
                                                               United States District Court Judge